JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERAE LENORE JAMES,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES, Warden,<br><br>Respondent. | Case No. ED CV 22-25 MCS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 14, 2022

*Mark C. Scarsi*
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE